AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MAURICE HAWKINS, JR.,**

       Petitioner,

   v.

**WARDEN, ROSS CORRECTIONAL INSTITUTION,**

       Respondent.

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 2:14-CV-00579**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed March 11, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 11, 2015                RICHARD W. NAGEL, CLERK

                                                       */S/ Andy F. Quisumbing*
                                                       (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk